UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

IN RE:   BALSER, JOHNNI ALDENA            CASE NO. 10-50954
                                          CHAPTER 7
         Debtor.

TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned Trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the Court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the Court.

2. The Trustee is providing below the name, address, and amount due that creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

UVA Medical Center (Claim No. 6)
Patient Financial Services
P.O. Box 800750
Charlottesville, VA 22908
Distribution Amount Due: $0.28

WVVA Health Care Alliance, PC (Claim No. 7)
P.O. Box 457
White Sulphur Springs, WV 24986-0457
Distribution Amount Due: $1.20

Ntelos (Claim No. 12)
Wireline Customer Care
1160 Shenandoah Village Drive
Waynesboro, VA 22980
Distribution Amount Due: $3.54

3. That the Trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Date: February 22, 2011

Charles R. Allen, Jr., Trustee
120 Church Avenue, S.W.
Roanoke, VA 24011
540-342-1731
540-342-9919 fax

| Case | Debtor |
|---|---|
| 10-50954 RKR | BALSER, JOHNNI ALDENA |
| 92005342184466 | |
| COMBINED SMALL CHECK | |

THE BANK OF NEW YORK MELLON
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS

**107**
60-249 / 433
8
1107

TID #660070

CHARLES R. ALLEN
120 CHURCH AVE, SW,
SUITE 200
ROANOKE VA 24011

Date   02/22/2011    $ ***********5.13

~~~Five Dollars and 13/100

Pay to the Order of   U.S. Bankruptcy Court

CHARLES R. ALLEN, Trustee

⑈000000107⑈ ⑆043302493⑆ 92005342184466⑈

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND