# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

---

IN RE:   BALSER, JOHNNI ALDENA                    CASE NO. 10-50954
            Debtor.                                              CHAPTER 7

---

## AMENDED TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned Trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the Court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the Court.

2. The Trustee is providing below the name, address, and amount due that creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

> City of Covington (*Claim No. 3*)
> PO Drawer 878
> Covington, VA  24426-0878
> Distribution Amount: $0.11
>
> UVA Medical Center (*Claim No. 6*)
> Patient Financial Services
> P.O. Box 800750
> Charlottesville, VA 22908
> Distribution Amount Due: $0.28
>
> WVVA Health Care Alliance, PC (*Claim No. 7*)
> P.O. Box 457
> White Sulphur Springs, WV 24986-0457
> Distribution Amount Due: $1.20
>
> Ntelos (*Claim No. 12*)
> Wireline Customer Care
> 1160 Shenandoah Village Drive
> Waynesboro, VA 22980
> Distribution Amount Due: $3.54

3. That the Trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Date:  February 24, 2011              */s/ Charles R. Allen, Jr.*
                                                       Charles R. Allen, Jr., Trustee
                                                       120 Church Avenue, S.W.
                                                       Roanoke, VA 24011
                                                       540-342-1731
                                                       540-342-9919 fax